MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 29 2005

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

| United States District Court | District Northern District of Georgia | | |
|---|---|---|---|
| Name of Movant Allen Wade | Prisoner No. 54462-019 | Case No. 03- | |
| Place of Confinement FCC Yazoo City (Low) | | | |

| UNITED STATES OF AMERICA | v. | Allen Wade |
|---|---|---|
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   United States District Court for the Northern District of Georgia
   United States Courthouse, 75 Spring Street SW
   Atlanta, GA 30303-3361

2. Date of judgment of conviction
   October 15, 2003

3. Length of sentence
   115 month

4. Nature of offense involved (all counts)
   18:2422(b) Using a computer to persuade, coerce, or induce a minor to engage in sexual activity

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

9. If you did appeal, answer the following:

   (a) Name of court   1) United States Court of Appeals for the Eleventh Circuit       2) United States Supreme Court
   (b) Result          confirmation of conviction                                         Petition for Writ of Certiorari Denied
   (c) Date of result  July 9, 2004                                                       November 15, 2004
                                                                                          (Notified of result January 5, 2005)

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  District Court for the Northern District of Georgia

        (2) Nature of proceeding  Request letter for assignment of attorney, dated Feb 10, 2005 for the purpose of advising and evaluating possible 2255 filing.

        (3) Grounds raised  My unfamiliarity with the legal system and inability to pay for or obtain counsel independently. The impossibility of gaining informal legal advice from other inmates due to the nature of my offense.

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☒

        (5) Result  Request Denied

        (6) Date of result  March 16, 2005

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Name of proceeding

        (3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☐

(5) Result

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc.    Yes ☐    No ☐
  (2) Second petition, etc.    Yes ☐    No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

*I was unsure as to avenues of appeal and decided to file on my own without legal advice.*

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: sentence calculated wrongly resulting in excessive sentence.

Supporting FACTS (state *briefly* without citing cases or law): A good portion of the sentence is calculated based on the age of a fictional victim who has no physical existence, even as an undercover agent pretending to be underage. As the victim has no age that can be confirmed by any means, the age of the victim should not have been used in the sentence calculation. The base offense and the factors not relating to the age of the victim should be sufficient for accurate sentencing.

B. Ground two: Denial of effective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law): Counsel was not qualified to defend an internet sex-offense case, having admitted in court to being "computer illiterate" and admitting later to have no interest or experience in internet "chat". Counsel did not aggressively pursue my defense, failed to have me examined by a psychologist despite a history of mental illness in the form of disabling anxiety, and seemed to spend more time arguing with me than for me. As far as I can remember, counsel also failed to notify me that she was the mother of a child of similar description to the fictional victim, nor do I recall signing any waiver related to this clear conflict of interest.

C. Ground three: Failure to credit me fully for pretrial custody

Supporting FACTS (state *briefly* without citing cases or law): While I have been credited with the time I had spent in South Fulton regional Detention Center, I have not been given even partial credit for the time I spent on electronic monitored home detention under the supervision of the pretrial services department of the United States Probation office. As my movements were restricted and I was required to be under supervision of the person holding the bond (Dorothy Adams) when not at home on approved out time, this period should be counted toward my custody and I should recieve at least partial credit for this time period.

(5)

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):




13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:
    This is my first 2255 filing so no grounds have been previously presented. I was only recently informed of 2255 filing.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing   Allison C Dawson, Staff attorney
                                 Federal Defender Program, Inc.
                                 Suite 200, The Equitable Building
                                 100 Peachtree Street
                                 Atlanta, GA 30303
    (b) At arraignment and plea
                                 Same

    (c) At trial
                                 Same

    (d) At sentencing
                                 Same

(6)

(e) On appeal    same

(f) In any post-conviction proceeding  None, Federal Defender Program withdrew as counsel in the letter of January 5, 2005 informing me of the denial of the US Supreme Court.

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) Give date and length of the above sentence:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 2, 2005
Date

_Allen Wade_
Signature of Movant

(7)